**EXHIBIT 1**

EXHIBIT 1
PAGE 18



**NEW ZEALAND COMPANIES OFFICE**

Form 2
Form version: 1 May 2015

**IMPORTANT!** This document must be uploaded online **OR** faxed to 0508 266 736 (0508 CONSENT) or +64 9 913 4213
Please do not return this document by post.

## Consent and certificate of director or directors of proposed company
Section 12(1) Companies Act 1993

**Name of proposed company**

SOCIAL MEDIA SERIES LIMITED

**Barcode** (for office use)

50001128380

**Proposed company number**

5871481

**IMPORTANT** Please ensure that you are not disqualified from being a director of this company before signing this consent form. Please read the disqualification details below.

**Director's details** (Please ensure your full legal name is provided. Initials are not allowed)

First name(s): Arend   Alexander   Hubert

Surname: NOLLEN

Full residential address: 29 Pinehaven Road
Pinehaven
Upper Hutt   5019
NZ

**Director's consent**
I consent to be a director of the above company and certify that I am not disqualified from being appointed or holding office as a director of a company.

Signature: [signature]

Name of signatory: Arend Nollen

Date: 07-01-2016

### DISQUALIFICATION DETAILS

Please ensure that you are not disqualified from being a director for this company before signing this consent form.
1. A person who is not a natural person cannot be a director of a company.
2. A person cannot be a director of a company if he or she is any of the following: ) under 18 years of age:
   › an undischarged bankrupt:
   › prohibited from being a director or promoter of, or being concerned or taking part in the management of, a company under any statutory provisions:
   › subject to a property order under section 30 or 31 of the Protection of Personal and Property Rights Act 1988:
   › not eligible because of requirements contained in the company's constitution (if any).

**Prohibited persons**
3. Persons prohibited from being a director or promoter of, or being concerned or taking part in the management of, a company include, but are not limited to,—
   › people who have been convicted of a crime involving dishonesty in the last five years:
   › people prohibited by the Registrar of Companies or the Financial Markets Authority from managing a company;
   › people prohibited under the laws of a prescribed country, State, or territory (outside New Zealand) from being a director or promoter of, or being concerned or taking part in the management of, an overseas company;
   › people prohibited under section 103A, 103B, 103D, or 103E of the Limited Partnerships Act 2008 from being a general partner or promoter of, or being concerned or taking part in the management of, a limited partnership:
   › people prohibited under the laws of a prescribed country, State, or territory (outside New Zealand) from being a general partner or promoter of, or being concerned or taking part in the management of, an overseas limited partnership.

For more information refer to sections 151 and 382 to 385 of the Companies Act 1993. View a copy of the Act online for free at www.legislation.govt.nz.

**Completed by**
Arend Alexander NOLLEN
29 Pinehaven Road
Pinehaven
Upper Hutt   5019
NZ

EXHIBIT 1
PAGE 19

# EXHIBIT 2

EXHIBIT 2
PAGE 20

3/21/19 - SOCIAL MEDIA SERIES LIMITED (5871481) - companiesoffice.govt.nz - Documents - Director Consent Form 08 Jan 2016

Case 3:19-cv-02262 Document 1-1 Filed 04/25/19 Page 4 of 16


**NEW ZEALAND COMPANIES OFFICE**




Form 2

**IMPORTANT!** This document must be uploaded online OR faxed to 0508 266 736 (0508 CONSENT) or +64 9 913 4213
Please do not return this document by post.

# Consent and certificate of director or directors of proposed company
Section 12(1) Companies Act 1993

**Name of proposed company**
SOCIAL MEDIA SERIES LIMITED

**Barcode** (for office use)
50001128381

**Proposed company number**
5871481

**IMPORTANT** Please ensure that you are not disqualified from being a director of this company before signing this consent form. Please read the disqualification details below.

**Director's details** (Please ensure your full legal name is provided. Initials are not allowed)

**First name(s):** Leon Francis

**Surname:** HEDGES

**Full residential address:**
8d Waldie Grove
Avalon
Lower Hutt 5011
NZ

**Director's consent**
I consent to be a director of the above company and certify that I am not disqualified from being appointed or holding office as a director of a company.

**Signature:** Hedges

**Name of signatory:** Leon Hedges

**Date:** 7/1/15

## DISQUALIFICATION DETAILS

Please ensure that you are not disqualified from being a director for this company before signing this consent form.
1. A person who is not a natural person cannot be a director of a company.
2. A person cannot be a director of a company if he or she is any of the following: i under 18 years of age:
  › an undischarged bankrupt.
  › prohibited from being a director or promoter of, or being concerned or taking part in the management of, a company under any statutory provisions:
  › subject to a property order under section 30 or 31 of the Protection of Personal and Property Rights Act 1988:
  › not eligible because of requirements contained in the company's constitution (if any).

**Prohibited persons**
3. Persons prohibited from being a director or promoter of, or being concerned or taking part in the management of, a company include, but are not limited to,—
  › people who have been convicted of a crime involving dishonesty in the last five years:
  › people prohibited by the Registrar of Companies or the Financial Markets Authority from managing a company:
  › people prohibited under the laws of a prescribed country, State, or territory (outside New Zealand) from being a director or promoter of, or being concerned or taking part in the management of, an overseas company:
  › people prohibited under section 103A, 103B, 103D, or 103E of the Limited Partnerships Act 2008 from being a general partner or promoter of, or being concerned or taking part in the management of, a limited partnership:
  › people prohibited under the laws of a prescribed country, State, or territory (outside New Zealand) from being a general partner or promoter of, or being concerned or taking part in the management of, an overseas limited partnership.

For more information refer to sections 151 and 382 to 385 of the Companies Act 1993. View a copy of the Act online for free at www.legislation.govt.nz.

**Completed by:**
Arend Alexander NOLLEN
29 Pinehaven Road
Pinehaven
Upper Hutt 5019
NZ

EXHIBIT 2
PAGE 21

# EXHIBIT 3

EXHIBIT 3
PAGE 22

3/21/19 - SOCIAL MEDIA SERIES LIMITED (5871481) - companiesoffice.govt.nz - directors David James Pekka PASANEN

Case 3:19-cv-02262 Document 1-1 Filed 04/25/19 Page 6 of 16



**NEW ZEALAND COMPANIES OFFICE**

Form 2

**IMPORTANT!** This document must be uploaded online OR faxed to 0508 266 736 (0508 CONSENT) or +64 9 913 4213
Please do not return this document by post.

## Consent and certificate of director or directors of proposed company
Section 12(1) Companies Act 1993

**Name of proposed company:** SOCIAL MEDIA SERIES LIMITED

**Barcode** (for office use): 50001128382

**Proposed company number:** 5871481

**IMPORTANT** Please ensure that you are not disqualified from being a director of this company before signing this consent form. Please read the disqualification details below.

**Director's details** (Please ensure your full legal name is provided. Initials are not allowed)

**First name(s):** David James Pekka

**Surname:** PASANEN

**Full residential address:** 43 Riverside Drive, Waiwhetu, Lower Hutt 5010, NZ

**Director's consent**
I consent to be a director of the above company and certify that I am not disqualified from being appointed or holding office as a director of a company.

**Signature:** [signed]

**Name of signatory:** David Pasanen

**Date:** 7/01/16

### DISQUALIFICATION DETAILS

Please ensure that you are not disqualified from being a director for this company before signing this consent form.

1. A person who is not a natural person cannot be a director of a company.
2. A person cannot be a director of a company if he or she is any of the following: under 18 years of age:
   - an undischarged bankrupt.
   - prohibited from being a director or promoter of, or being concerned or taking part in the management of, a company under any statutory provisions;
   - subject to a property order under section 30 or 31 of the Protection of Personal and Property Rights Act 1988;
   - not eligible because of requirements contained in the company's constitution (if any).

**Prohibited persons**

3. Persons prohibited from being a director or promoter of, or being concerned or taking part in the management of, a company include, but are not limited to,—
   - people who have been convicted of a crime involving dishonesty in the last five years;
   - people prohibited by the Registrar of Companies or the Financial Markets Authority from managing a company;
   - people prohibited under the laws of a prescribed country, State, or territory (outside New Zealand) from being a director or promoter of, or being concerned or taking part in the management of, an overseas company;
   - people prohibited under section 103A, 103B, 103D, or 103E of the Limited Partnerships Act 2008 from being a general partner or promoter of, or being concerned or taking part in the management of, a limited partnership;
   - people prohibited under the laws of a prescribed country, State, or territory (outside New Zealand) from being a general partner or promoter of, or being concerned or taking part in the management of, an overseas limited partnership.

For more information refer to sections 151 and 382 to 385 of the Companies Act 1993. View a copy of the Act online for free at www.legislation.govt.nz.

**Completed by:** Arend Alexander NOLLEN, 29 Pinehaven Road, Pinehaven, Upper Hutt 5019, NZ

EXHIBIT 3
PAGE 23

# EXHIBIT 4

EXHIBIT 4
PAGE 24



## SOCIAL MEDIA SERIES LIMITED *(5871481) Registered*

*Last updated on 03 Dec 2018*

*To maintain this company log on here*

View as Single Page | Certificate of Incorporation | Company Extract | Print

Company Summary | Addresses | Directors (3) | Shareholdings (3) | Documents (15) | PPSR Search

| | |
|---|---|
| Company number: | 5871481 |
| NZBN: | 9429042134008 |
| Incorporation Date: | 08 Jan 2016 |
| Company Status: | Registered |
| Entity type: | NZ Limited Company |
| Constitution filed: | No |
| AR filing month: | November , last filed on 03 Dec 2018 |

**Additional NZBN Information**

| | |
|---|---|
| Trading Name: | |
| Phone Number: | |
| Email Address: | |
| Website: | |
| Industry Classification: | M694040 Internet advertising service |

Ultimate holding company: No

Company addresses:

**Registered Office**
Arend Nollen, 9 Mccarthy Grove, Clouston Park, Upper Hutt, 5018 , New Zealand
**Address for service**
Arend Nollen, 9 Mccarthy Grove, Clouston Park, Upper Hutt, 5018 , New Zealand
View all addresses

Directors: Showing 2 of 3 directors

Leon Francis HEDGES
34 Mount Marua Way, Mount Marua, Upper Hutt, 5011 , New Zealand
Arend Alexander Hubert NOLLEN
9 Mccarthy Grove, Clouston Park, Upper Hutt, 5018 , New Zealand
View more director details

Company record link: http://app.companiesoffice.govt.nz/co/5871481

*Generated on Friday, 15 March 2019 11:42:10 NZDT*

© 2019 NEW ZEALAND COMPANIES OFFICE

EXHIBIT 4
PAGE 25

# EXHIBIT 5

EXHIBIT 5
PAGE 26





### Registered document

| | |
|---|---|
| 5871481 SOCIAL MEDIA SERIES LIMITED | |
| Registration Date and Time | 08 January 2016 08:19:09 |
| Document Type | New Company Incorporation |
| Presenter | Arend Alexander NOLLEN |
| | 29 Pinehaven Road |
| | Pinehaven |
| | Upper Hutt 5019 |
| | New Zealand |

#### Company Details

| | |
|---|---|
| Company number | 5871481 |
| Company name | SOCIAL MEDIA SERIES LIMITED |
| Incorporated | 08-Jan-2016 |
| Company Status | Registered |
| Entity type | NZ Limited Company |
| Constitution filed | No |
| Annual return filing month | 11 |

#### Ultimate Holding Company

No

#### Company Addresses

| | |
|---|---|
| Registered office address | Arend Nollen, 29a Elmslie Road |
| | Pinehaven |
| | Upper Hutt |
| Address for service | Arend Nollen, 29a Elmslie Road |
| | Pinehaven |
| | Upper Hutt |

#### Directors

NOLLEN, Arend Alexander Hubert
29 Pinehaven Road, Pinehaven, Upper Hutt, 5019, NZ

HEDGES, Leon Francis
8d Waldie Grove, Avalon, Lower Hutt, 5011, NZ

PASANEN, David James Pekka
43 Riverside Drive, Waiwhetu, Lower Hutt, 5010, NZ

#### Share Parcels

| | |
|---|---|
| Total Number of Company Shares | 99 |
| | 33 |
| | NOLLEN, Arend Alexander Hubert |
| | 29 Pinehaven Road, Pinehaven, Upper Hutt, 5019, NZ |
| | 33 |
| | HEDGES, Leon Francis |
| | 8d Waldie Grove, Avalon, Lower Hutt, 5011, NZ |
| | 33 |
| | PASANEN, David James Pekka |
| | 43 Riverside Drive, Waiwhetu, Lower Hutt, 5010, NZ |





EXHIBIT 5
PAGE 27

# EXHIBIT 6

EXHIBIT 6
PAGE 28



**NEW ZEALAND COMPANIES OFFICE**

Form 3

**IMPORTANT!** This document must be uploaded online **OR** faxed to 0508 266 736 (0508 CONSENT) or +64 9 913 4213. Please do not return this document by post.

# Consent of shareholder of proposed company

Section 12(1) Companies Act 1993

**Name of proposed company:** SOCIAL MEDIA SERIES LIMITED

**Barcode (for office use):** 50001128384

**Proposed company number:** 5871481

**Shareholder's full legal name:** Leon Francis HEDGES

**Shareholder's address:**
8d Waldie Grove
Avalon
Lower Hutt   5011
NZ

**Number of shares held:** 33

**Shareholder's consent**
I consent to act as shareholder of the above proposed company and to taking the number of shares specified.

**Signature:** Hedges
**Name of signatory:** Leon Hedges
**Date:** 7/1/15

## IMPORTANT INFORMATION

**Shareholders**
- A trust, whether expressed, implied or constructive, cannot be entered on the share register. Where, for example, shares are held by a family trust the name of the trustees must be entered individually as members of a share parcel.
- Initials of the person's name are not allowed. The full legal name must be provided.
- A postal address, private bag or DX number is not permitted for the shareholder's address.
- Only one person must complete this form. If the shares are held jointly with others then each shareholder must complete and sign their own form, indicating they own them jointly.
- If the shareholder is a natural person, please give a residential address. If the shareholder is a body corporate, please give the address of its registered office or, if it does not have a registered office, the address of its principal place of business.
- If this form has been signed by an agent, it must be accompanied by the instrument authorising the agent to sign it. An example where this would be used is when the shareholder is overseas and unable to sign the form when the company is to be incorporated. To obtain more information on this process including a sample authorisation form then visit our website.
- If this form is signed under power of attorney, the attorney must provide a Certificate of Non-Revocation. To obtain more information on this process then visit our website.

**Completed by:**
Arend Alexander NOLLEN
29 Pinehaven Road
Pinehaven
Upper Hutt   5019
NZ

EXHIBIT 6
PAGE 29

**EXHIBIT 7**

EXHIBIT 7
PAGE 30



Form 3

# Consent of shareholder of proposed company

Section 12(1) Companies Act 1993

**IMPORTANT!** This document must be uploaded online OR faxed to 0508 266 736 (0508 CONSENT) or +64 9 913 4213. Please do not return this document by post.

| Field | Value |
|---|---|
| Name of proposed company | SOCIAL MEDIA SERIES LIMITED |
| Barcode (for office use) | 50001128385 |
| Proposed company number | 5871481 |
| Shareholder's full legal name | David James Pekka PASANEN |
| Shareholder's address | 43 Riverside Drive, Waiwhetu, Lower Hutt 5010, NZ |
| Number of shares held | 33 |

**Shareholder's consent**
I consent to act as shareholder of the above proposed company and to taking the number of shares specified.

Signature: [signed]
Name of signatory: David Pasanen
Date: 7/01/16

## IMPORTANT INFORMATION

**Shareholders**
- A trust, whether expressed, implied or constructive, cannot be entered on the share register. Where, for example, shares are held by a family trust the name of the trustees must be entered individually as members of a share parcel.
- Initials of the person's name are not allowed. The full legal name must be provided.
- A postal address, private bag or DX number is not permitted for the shareholder's address.
- Only one person must complete this form. If the shares are held jointly with others then each shareholder must complete and sign their own form, indicating they own them jointly.
- If the shareholder is a natural person, please give a residential address. If the shareholder is a body corporate, please give the address of its registered office or, if it does not have a registered office, the address of its principal place of business.
- If this form has been signed by an agent, it must be accompanied by the instrument authorising the agent to sign it. An example where this would be used is when the shareholder is overseas and unable to sign the form when the company is to be incorporated. To obtain more information on this process including a sample authorisation form then visit our website.
- If this form is signed under power of attorney, the attorney must provide a Certificate of Non-Revocation. To obtain more information on this process then visit our website.

Completed by:
Arend Alexander NOLLEN
29 Pinehaven Road
Pinehaven
Upper Hutt  5019
NZ

EXHIBIT 7
PAGE 31

**EXHIBIT 8**

EXHIBIT 8
PAGE 32



**NEW ZEALAND COMPANIES OFFICE**

Form 3
Form version | May 2019

**IMPORTANT!** This document must be uploaded online **OR** faxed to 0508 266 736 (0508 CONSENT) or +64 9 913 4213.
Please do not return this document by post.

# Consent of shareholder of proposed company
Section 12(1) Companies Act 1993

**Name of proposed company**
SOCIAL MEDIA SERIES LIMITED

**Barcode** (for office use)
50001128383

**Proposed company number**
5871481

**Shareholder's full legal name**
Arend Alexander Hubert NOLLEN

**Shareholder's address**
29 Pinehaven Road
Pinehaven
Upper Hutt    5019
NZ

**Number of shares held**
33

**Shareholder's consent**
I consent to act as shareholder of the above proposed company and to taking the number of shares specified.

**Signature** *(signed)*

**Name of signatory**
Arend Nollen

**Date**
07 - 01 - 2016

## IMPORTANT INFORMATION

**Shareholders**
- A trust, whether expressed, implied or constructive, cannot be entered on the share register. Where, for example, shares are held by a family trust the name of the trustees must be entered individually as members of a share parcel.
- Initials of the person's name are not allowed. The full legal name must be provided.
- A postal address, private bag or DX number is not permitted for the shareholder's address.
- Only one person must complete this form. If the shares are held jointly with others then each shareholder must complete and sign their own form, indicating they own them jointly.
- If the shareholder is a natural person, please give a residential address. If the shareholder is a body corporate, please give the address of its registered office or, if it does not have a registered office, the address of its principal place of business.
- If this form has been signed by an agent, it must be accompanied by the instrument authorising the agent to sign it. An example where this would be used is when the shareholder is overseas and unable to sign the form when the company is to be incorporated. To obtain more information on this process including a sample authorisation form then visit our website.
- If this form is signed under power of attorney, the attorney must provide a Certificate of Non-Revocation. To obtain more information on this process then visit our website.

**Completed by**
Arend Alexander NOLLEN
29 Pinehaven Road
Pinehaven
Upper Hutt    5019
NZ

EXHIBIT 8
PAGE 33