Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiffs
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AREND NOLLEN, LEON HEDGES, DAVID PASANEN, and SOCIAL MEDIA SERIES LIMITED,<br><br>Defendants. | CASE NO.:  3:19-CV-02262<br><br>**PLAINTIFFS FACEBOOK, INC. AND INSTAGRAM, LLC'S CERTIFICATION OF INTERESTED PARTIES** |

**L.R. 3-15 CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Plaintiffs Facebook, Inc. and Instagram, LLC, certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 25, 2019

**HUNTON ANDREWS KURTH LLP**

By:    /s/ Ann Marie Mortimer
Ann Marie Mortimer
Jason J. Kim
Attorneys for Plaintiffs
FACEBOOK, INC. and
INSTAGRAM, LLC

Jessica Romero
Michael Chmelar
Stacy Chen
Platform Enforcement and
Litigation
Facebook, Inc.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

099900.12852 EMF_US 73749302v4

1

PLAINTIFFS FACEBOOK, INC. AND INSTAGRAM, LLC'S CERTIFICATION OF INTERESTED PARTIES
3:19-cv-02262