Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiffs
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AREND NOLLEN, LEON HEDGES, DAVID PASANEN, and SOCIAL MEDIA SERIES LIMITED,<br><br>Defendants. | CASE NO.:  3:19-CV-02262<br><br>**INSTAGRAM, LLC'S CORPORATE DISCLOSURE STATEMENT** |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Instagram, LLC ("Instagram") states as follows:

1. Facebook, Inc. is the parent corporation of Instagram.
2. No publicly-held corporation owns 10 percent or more of Facebook's stock.

Dated:  April 25, 2019

**HUNTON ANDREWS KURTH LLP**

By:  /s/ Ann Marie Mortimer
Ann Marie Mortimer
Jason J. Kim
Attorneys for Plaintiffs
FACEBOOK, INC. and
INSTAGRAM, LLC

Jessica Romero
Michael Chmelar
Stacy Chen
Platform Enforcement and
Litigation
Facebook, Inc.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

099900.12852 EMF_US 73695677v4

1
INSTAGRAM, LLC'S CORPORATE DISCLOSURE STATEMENT
3:19-cv-02262