Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Plaintiffs
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AREND NOLLEN, LEON HEDGES, DAVID PASANEN, and SOCIAL MEDIA SERIES LIMITED,<br><br>Defendants. | CASE NO.: 3:19-CV-02262-SK<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON DEFENDANT SOCIAL MEDIA SERIES LIMITED** |

PROOF OF SERVICE OF SUMMONS ON DEFENDANT SOCIAL MEDIA SERIES LIMITED
3:19-cv-02262-SK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-02262-SK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Arend Alexander Hubert NOLLEN**
was received by me on *(date)* **1st May 2019**

☑ I personally served the summons on the individual at *(place)* **9 McCarthy Grove Upper Hutt, NZ** on *(date)* **1st May 2019; or 6:37pm**

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Arend Alexander Hubert Nollen**, who is designated by law to accept service of process on behalf of *(name of organization)* **Social Media Series Limited** on *(date)* **1st May 2019; or 6:37pm**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ **150-00** for travel and $ **—** for services, for a total of $ **150-00** .

I declare under penalty of perjury that this information is true.

Date: **9th May 2019**

*Server's signature*

**John Ronald Deal**
*Printed name and title*

John Ronald Deal
Certified
Private Investigator
Number 11-008714

**PI, 126 The Terrace**
*Server's address*
**Wellington, New Zealand**

Additional information regarding attempted service, etc:

# Eastbourne Search Company Ltd

## Legal Search Agents Est 1980
### Licensed Private Investigators

Level 14 Unit P1
Terrace Tower
126 The Terrace
Wellington
New Zealand

PO Box 38560
Wellington Mail Centre

DX SP 23551

Telephone 04 472 9755
Toll Free  0800 22 22 62
Facsimile 04 472 9096
Fax Free  0800 28 88 89

search@eastbournesearch.com
www.eastbournesearch.com

Directors
John Deal & Cathy Deal

2nd May 2019

Bell Gully
WELLINGTON

**Attention: Sam Cathro**

**RE: DOCUMENT SERVICE – SOCIAL MEDIA SERIES LIMITED**

**Documents served:**
a. Civil Cover Sheet
b. Complaint
c. Exhibits 1-8
d. Exhibits 9-22
e. Copy of the Summons
f. Certification of Interested Parties
g. Facebook Corporate Disclosure Statement
h. Instagram Corporate Disclosure Statement
i. Order regarding the assignment of the case to Magistrate Judge Sallie Kim
j. Appearance Of Counsel
k. Order Setting Initial CMC and ADR Deadlines
l. Magistrate Judge Consent Declination Form January 2014
m. Standing order of Magistrate Sallie Kim
n. Standing order of all judges regarding Contents of Joint Case Management Statement
o. Notice of Assignment to Magistrate Judge with Election Form
p. AO 398: Request to Waive Service
q. AO 399: Waiver of Service of Summons
r. Booklet: "Consenting To A Magistrate Judge's Jurisdiction In The Northern District"
s. Document titled "Electronic Case Filing Registration Information"
t. Document titled "Filing Procedures (San Francisco)"
u. Draft Joint Case Management Conference Statement

**Date of Service:** 1st May 2019
**Time of Service:** 6.37pm
**On whom served and place of service**: at the address for service for **Social Media Series Limited**, 9 McCarthy Grove, Clouston Park, Upper Hutt, New Zealand. Documents were accepted by director, Arend Alexander Hubert Nollen.

**Name of Server**: John Ronald Deal, Certified Private Investigator

Regards

John Deal
Certified Private Investigator
 (dd 472 9755)