Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Plaintiffs
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AREND NOLLEN, LEON HEDGES, DAVID PASANEN, and SOCIAL MEDIA SERIES LIMITED,<br><br>Defendants. | CASE NO.: 3:19-CV-02262-WHO<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF BRIEFING SCHEDULE FOR AND HEARING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND *FORUM NON CONVENIENS*** |

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

# STIPULATION

Plaintiffs Facebook, Inc. and Instagram, LLC (together, "Plaintiffs) and Defendants Arend Nollen, Leon Hedges, David Pasanen, and Social Media Series Limited (together, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed this action against Defendants on April 25, 2019. ECF No. 1.

WHEREAS, on June 12, 2019, Defendants moved to dismiss the action under Rule 12(b)(2) of the Federal Rules of Civil Procedure and on *forum non conveniens* grounds (the "Motion"). ECF No. 23.

WHEREAS, Plaintiffs' opposition to the Motion is due on June 26, 2019, and Defendants' reply in support of the Motion is due on July 3, 2019.

WHEREAS, the Court set a July 17, 2019 hearing date for the Motion. ECF No. 25.

WHEREAS, on June 21, 2019, the parties began discussing a possible early resolution of the action, which the parties would like to explore further.

WHEREAS, the parties would like to devote their full resources and time to explore whether an early resolution of the action is possible.

WHEREAS, the parties believe a brief two-week continuance of the briefing schedule and hearing on the Motion will enable them to focus on good faith settlement discussions, which, if fruitful, could avoid burdening the Court with motion practice.

WHEREAS, the parties have not previously sought a continuance of the briefing schedule or a hearing on the Motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that:

    a) Plaintiffs' opposition to the Motion shall be filed on or before July 10, 2019.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

  b) Defendants' reply in support of the Motion shall be filed on or before July 17, 2019.

  c) The hearing on the Motion should be continued until July 31, 2019 at 2:00 p.m., or the next available date on the Court's calendar.

By entering into this stipulation, Defendants do not waive any affirmative defenses, including but not limited to lack of personal jurisdiction.

IT IS SO STIPULATED.

Dated: June 21, 2019      **HUNTON ANDREWS KURTH LLP**

By:  /s/ Ann Marie Mortimer
   Ann Marie Mortimer
   Jason J. Kim
   Attorneys for Plaintiffs
   FACEBOOK, INC. and
   INSTAGRAM, LLC

Dated: June 21, 2019      **THE NORTON LAW FIRM PC**

By:  /s/ Fred Norton
   Fred Norton

   THE NORTON LAW FIRM PC
   Attorneys for Defendants
   AREND NOLLEN, LEON
   HEDGES, DAVID PASANEN, and
   SOCIAL MEDIA SERIES LIMITED

| | |
|---|---|
| | **ATTESTATION** |

Pursuant to Northern District Local Rule 5-1(i)(3), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: June 21, 2019                                  **HUNTON ANDREWS KURTH LLP**

By:  /s/ Ann Marie Mortimer
     Ann Marie Mortimer
     Jason J. Kim
     Attorneys for Plaintiffs
     FACEBOOK, INC. and
     INSTAGRAM, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The above stipulation is hereby approved by the Court. The hearing on the motion is set for August 7, 2019 at 2 p.m.

Dated: June 24, 2019

_____
William H. Orrick
United States District Judge

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627