Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Matt Turetzky (SBN 280997)
Tyler M. Layton (SBN 288303)
THE NORTON LAW FIRM PC
299 Third Street, Suite 106
Oakland, California 94607
Telephone: (510) 906-4900
Fax: (510) 906-4910
fnorton@nortonlaw.com
bhann@nortonlaw.com
mturetzky@nortonlaw.com
tlayton@nortonlaw.com

*Attorneys for Defendants AREND NOLLEN, LEON HEDGES, DAVID PASANEN, and SOCIAL MEDIA SERIES LIMITED*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>*Plaintiffs*,<br>v.<br><br>AREND NOLLEN, LEON HEDGES, DAVID PASANEN, and SOCIAL MEDIA SERIES LIMITED,<br><br>*Defendants*. | Case No.: 3:19-cv-02262<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS**<br><br>Complaint Filed: April 25, 2019 |

WHEREAS, Defendants filed a Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens ("Motion") on June 12, 2019;

WHEREAS, Plaintiffs filed their opposition brief on July 10, 2019.

WHEREAS, Defendants filed their reply brief on July 17, 2019;

WHEREAS, the hearing on Defendants' Motion is currently set for September 4, 2019, at 2:00 p.m.

WHEREAS, the parties in Facebook v. Nollen, et al. (3:19-cv-02262) have made significant progress toward reaching settlement and request a brief continuance of the hearing on the Motion to allow the parties to continue those discussions;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that the hearing date for Defendants' Motion be continued to September 11, 2019, at 2:00 p.m. or a later date more convenient or acceptable to the Court.

Dated: September 3, 2019        HUNTON ANDREWS KURTH LLP

By: /s/ Jason J. Kim
Ann Marie Mortimer
Jason J. Kim
*Attorney for Plaintiffs*
FACEBOOK, INC. and
INSTAGRAM, LLC

Dated: September 3, 2019        THE NORTON LAW FIRM PC

By: /s/ Fred Norton
Fred Norton
*Attorney for Defendants*
AREND NOLLEN, LEON
HEDGES, DAVID PASANEN, and
SOCIAL MEDIA SERIES LIMITED

Pursuant to Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 3, 2019        By:  /s/ Fred Norton
                                      Fred Norton

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

The hearing date for Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens is continued to September 11, 2019, at 2:00 p.m.

DATED:   September 3   , 2019         _____
                                      WILLIAM H. ORRICK
                                      United States District Judge