1  Fred Norton (SBN 224725)
2  Bree Hann (SBN 215695)
   Matt Turetzky (SBN 280997)
3  Tyler M. Layton (SBN 288303)
   THE NORTON LAW FIRM PC
4  299 Third Street, Suite 106
   Oakland, California 94607
5  Telephone: (510) 906-4900
   Fax: (510) 906-4910
6  fnorton@nortonlaw.com
7  bhann@nortonlaw.com
   mturetzky@nortonlaw.com
8  tlayton@nortonlaw.com

9  *Attorneys for Defendants AREND
   NOLLEN, LEON HEDGES, DAVID
10 PASANEN, and SOCIAL MEDIA
   SERIES LIMITED*
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company, | CASE NO.: 3:19-CV-02262-WHO |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| AREND NOLLEN, LEON HEDGES, DAVID PASANEN, and SOCIAL MEDIA SERIES LIMITED, | |
| Defendants. | |

1   Plaintiffs and Defendants hereby notify the Court that they have agreed to resolve this matter. As part of the settlement, the parties have agreed to the issuance of a stipulated injunction, which they intend to file with the Court within 14 days.

Based on the foregoing, the parties respectfully request that the Court suspend all proceedings and deadlines pending the filing of the proposed stipulated injunction.

Dated:  September 11, 2019                         **HUNTON ANDREWS KURTH LLP**


By:   _____*/s/ Ann Marie Mortimer*_____
         Ann Marie Mortimer
         Jason J. Kim
         Attorneys for Plaintiffs
         FACEBOOK, INC. and INSTAGRAM, LLC

         Jessica Romero
         Michael Chmelar
         Stacy Chen
         Platform Enforcement and Litigation
         Facebook, Inc.

Dated:  September 11, 2019                         **THE NORTON LAW FIRM PC**


By:   _____*/s/ Fred Norton*_____
         Fred Norton
         Attorneys for Defendants
         AREND NOLLEN, LEON HEDGES, DAVID PASANEN, and SOCIAL MEDIA SERIES LIMITED


* Pursuant to Northern District Local Rule 5-1(i)(3), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.