**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company, | CASE NO.:  3:19-CV-02262-WHO |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING INJUNCTION AND DISMISSAL** |
| v. | |
| AREND NOLLEN, LEON HEDGES, DAVID PASANEN, and SOCIAL MEDIA SERIES LIMITED, | |
| Defendants. | |

3:19-CV-02262-WHO

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1  WHEREAS, on April 25, 2019, Plaintiffs Facebook, Inc. and Instagram, LLC (together,

2  "Plaintiffs") filed this action against Arend Nollen, Leon Hedges, David Pasanen and Social Media

3  Series Limited (together, "Defendants") asserting claims for breach of contract, violations of the

4  Comprehensive Computer Data Access and Fraud Act and the Computer Fraud and Abuse Act, and

5  unjust enrichment;

6  WHEREAS, the Parties have agreed to resolve this action, and part of that resolution

7  includes the entry of a stipulated injunction;

8  WHEREAS, Defendants have denied that they are subject to personal jurisdiction in this

9  Court, but have agreed to submit to the personal jurisdiction of this Court solely for purposes of the

10  entry and enforcement of this Stipulated Injunction and the parties' settlement agreement without

11  waiving their rights to contest personal jurisdiction, or to argue *forum non conveniens*, in any other

12  proceeding.

13  NOW, THEREFORE, Plaintiffs and Defendants stipulate and agree as follows:

14  **<u>STIPULATED INJUNCTION</u>**

15  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to stipulation of the

16  Parties, that:

17  1.  Defendants shall notify all their current and future employees and agents of the

18  existence of this Injunction and provide a copy of this Injunction to all current and future employees

19  and agents.

20  2.  Defendants and all individuals acting on Defendants' behalf who are described in

21  Federal Rule of Civil Procedure 65(d)(2) (collectively, the "Prohibited Parties") are immediately and

22  permanently ordered and enjoined from accessing and using Facebook and Instagram as follows:

23  a.  Each Defendant is immediately and permanently enjoined from creating or

24  maintaining, or having a third party create or maintain, a Facebook or Instagram account for that

25  Defendant.

26  b.  In addition, each Prohibited Party, including any entity directly or indirectly

27  controlled by that Prohibited Party, is immediately and permanently enjoined from logging into,

28  managing, manipulating, operating, or otherwise taking action on behalf of, any Facebook or

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1  Instagram account of any Facebook or Instagram user other than that Prohibited Party, whether

2  directly or indirectly via a third party, intermediary, or proxy; nor shall any Prohibited Party, nor any

3  entity directly or indirectly controlled by that Prohibited Party cause or allow any third party to do so

4  on such person's behalf.

5          c.      In addition, the Prohibited Parties are immediately and permanently prohibited

6  from engaging in any business (whether in their own capacity, as employees, or as persons who

7  control another entity) to deliver "likes," "views," or "followers" to individual Instagram users, at

8  the users' request and in exchange for payment by the users (the "Instagram Engagement Business"),

9  whether directly or indirectly via a third party, intermediary, or proxy.

10          d.      In addition, within ten (10) days of the entry of this Order, the Prohibited

11  Parties shall permanently remove all references to their Instagram Engagement Business from any

12  and all websites, including but not limited to the websites listed in Schedule VII of the parties'

13  settlement agreement, that they own or have the ability to control;

14          e.      In addition, within ten (10) days of the entry of this Order, the Prohibited

15  Parties shall undertake reasonable efforts to permanently remove all advertisements or postings on

16  external websites advertising or describing their Instagram Engagement Business, whether such

17  advertisements or postings were created or posted directly or indirectly via a third party,

18  intermediary, or proxy;

19          f.      In addition, within ten (10) days of the entry of this Order, the Prohibited

20  Parties shall cease operating any website that Defendants previously used to offer Instagram

21  Engagement Business services.

22        3.      The Court will retain continuing jurisdiction to enforce the terms of this Stipulated

23  Injunction and to address any other matters arising out of or regarding this Stipulated Injunction,

24  including any allegations that the Parties have failed to comply with their obligations as set forth in

25  this Stipulated Injunction, and the Parties agree to submit to the Court's jurisdiction for such

26  purposes.  The Court notes that Defendants have not waived their rights to contest personal

27  jurisdiction, or to argue *forum non conveniens*, on other issues and in any other proceeding that does

28  not relate to the enforcement of this Stipulated Injunction or the parties' settlement agreement.

STIPULATION AND [PROPOSED] ORDER REGARDING INJUNCTION AND DISMISSAL

1    4.    The rights and obligations under this Stipulated Injunction shall benefit, and be

2  binding upon, each of Parties and their respective affiliates, predecessors, successors and assigns.

3                                      **DISMISSAL**

4    5.    Plaintiffs' claims against Defendants are hereby dismissed with prejudice against all

5  Defendants, except the Court shall retain jurisdiction to enforce this Stipulated Injunction and

6  Dismissal.  Each Party shall bear its own fees and costs.

7

8    **IT IS SO STIPULATED.**

9                                                          Respectfully submitted,

10  Dated: ~~September~~ *October* 2, 2019        **HUNTON ANDREWS KURTH LLP**

11

12                                                          By: _____

13                                                               Ann Marie Mortimer
                                                                  Jason J. Kim
14                                                               Attorneys for Plaintiffs
                                                                  FACEBOOK, INC. and INSTAGRAM,
15                                                               LLC

16

17                                                          Respectfully submitted,

18  Dated: September 20, 2019                   **THE NORTON LAW FIRM PC**

19

20                                                          By: _____

21                                                               Fred Norton
                                                                  Bree Hann
22                                                               Matt Turetzky
                                                                  Tyler M. Layton
23                                                               Attorneys for Defendants
                                                                  AREND NOLLEN, LEON HEDGES,
24                                                               DAVID PASANEN, and SOCIAL MEDIA
                                                                  SERIES LIMITED

25

26

27

28

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1

**IT IS SO ORDERED**.  Court retains jurisdiction.

2

3  DATED:

_____

4

WILLIAM H. ORRICK
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

STIPULATION AND [PROPOSED] ORDER REGARDING INJUNCTION AND DISMISSAL

073923.0000037 EME-US 76203209v1